IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PHILIP L. CURTIS,

                Plaintiff,

    Vs.                                      No.  08-4072-SAC

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

## MEMORANDUM AND ORDER

The court referred this administrative appeal to the United States Magistrate Judge for report and recommendation. The Magistrate Judge filed a report and recommendation on May 19, 2009, clearly stating the parties' right, in accordance with 28 U.S.C. § 636(b)(1), to file written objections to the recommendation within ten days. Ten days have passed and no written objections have been filed.

The court has reviewed the report and recommendation, as well as the relevant pleadings in this case. Based upon this review and the absence of any filed objections, the court accepts the report and recommendation and adopts it as the ruling of this court, affirming the decision of the Commissioner.

    IT IS SO ORDERED.

Dated this 10th day of June, 2009, Topeka, Kansas.

                        s/ Sam A. Crow
                        Sam A. Crow, U.S. District Senior Judge